Steven M. McCarthy, Esq., No. 85433
McCARTHY LAW OFFICES
1265 Highway 51
Independence, OR   97351
(503) 763-1888
(503) 763-2888 fax
Email: Steve@McCarthyLegal.com

Attorney for Plaintiffs

**FILED**

SEP 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BANE; individually and as Guardian ad Litem for KB, a minor; and KELLY LIND, <br><br> Plaintiffs, <br><br> v. <br><br> LOIS JANE TAYLOR; FRANCES N. TAYLOR; TOM R. TAYLOR; and DOES 1-20, <br><br> Defendants. | Case No.: CIVS-11-2426 JAM CMK <br><br> PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM; ORDER |

Petitioner, Carol Bane declares that:

    1. Petitioner is the natural mother of Plaintiff Kelsey Bane, born January 20, 1999, who is now 12 years of age.

    2. Said minor and myself have causes of action against Defendants herein for damages for injuries sustained in a motor vehicle collision on September 21, 2009, as the result of the negligence of Defendants in the operation of their vehicle on I-5 near Redding, California. Said causes of action are more fully set forth in the complaint on file herein.

    3.   Said minor has has no general guardian, nor guardian of her estate.

    4. Petitioner is an adult competent to act as guardian ad litem herein and the natural

1

1  mother of the said minor, and is willing to serve as the guardian ad litem for the minor and
2  is fully capable of understanding and protecting the rights of the minor and has no interest
3  adverse to that of the minor.
4      WHEREFORE, petitioner prays that she be appointed guardian ad litem for her
5  daughter, Kelsey Bane, to prosecute the above-described cause of action on her behalf.
6  Dated: August 31, 2011

_____
Carol Bane

## VERIFICATION

I, Carol Bane, am the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein represented on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 31, 2011

_____
Carol Bane

So Ordered.

9-14-2011

_____
Judge of the United States District Court
Eastern District of California

2

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER